Edward T. Leonard et al., appellees, v. Thomas E. Hayes and Mary E. Hayes. Maria Ceruti and Tofilo Ceruti, appellants. Gen. No. 31,360.

Bill of interpleader to enjoin suits begun by defendants and compel them to interplead and for realty commission. Decree for com-

plainants. Appeal from the Superior Court of Cook county; the Hon. Oscar Hebel, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1926. Reversed and remanded with directions. Opinion filed June 13, 1927.

Robert F. Kolb, for appellants. Tourje, Waugh & McClellan, for appellees; J. J. Goshkin, of counsel. Church, Traxler & Kennedy, for Thomas A. Hayes and Mary E. Hayes.

Mr. Justice O'Connor delivered the opinion of the court,